# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

QUAD INT'L, INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 0:12-cv-02683

Judge: Hon. Donovan W. Frank

Magistrate Judge: Hon. Janie S. Mayeron

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff Quad Int'l, Inc. does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

          Respectfully submitted,

          Quad Int'l, Inc.

DATED: October 24, 2012

          By:    s/ Michael K. Dugas
                  Michael K. Dugas
                  Bar No. 0392158
                  Attorney for Plaintiff
                  Alpha Law Firm LLC
                  900 IDS Center
                  80 South 8th Street
                  Minneapolis, MN 55402
                  Telephone: (415) 325 – 5900
                  mkdugas@wefightpiracy.com