UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| QUAD INT'L, INC., | CASE NO. 0:12-cv-2683 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION**

Plaintiff Quad Int'l, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against Defendant John Doe. Defendant John Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

Quad Int'l, Inc.

DATED: March 11, 2013

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for Plaintiff
      Alpha Law Firm LLC
      900 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Telephone: (415) 325–5900
      mkdugas@wefightpiracy.com

1